United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERTO PASTRAN JR., an individual, and RAMON PASTRAN a/k/a RAYMOND PASTRAN, an individual<br><br>    Defendants.<br>_____/ | No. C 09-05979 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Upon application by plaintiff, the Court **CONTINUES** the case management conference to **AUGUST 5, 2010, AT 11:00 A.M.** Plaintiff shall file its default motion by June 25, 2010, as it stated it would do.

**IT IS SO ORDERED.**

Dated: June 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE