IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERTO PASTRAN, JR., an individual, and RAMON PASTRAN a.k.a. RAYMOND PASTRAN, an individual,<br><br>    Defendant. | No. C 09-05979 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant in the amount of $68,183.50 in overpaid pension benefits, $21,997.50 attorney's fees, and any amount of taxable costs determined by the Clerk pursuant to the civil local rules. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE